

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile:  (415) 986-8054

Attorneys for Defendant,
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY AARON, ET AL. | CASE NO. 2:22-cv-04992-AB-PVC (and which is part of 2:18-ML-02814-AB (FFMx)) |
| Plaintiffs, | |
| vs. | Assigned to Hon. Andre Birotte, Jr. Courtroom:7B |
| FORD MOTOR COMPANY | **DEFENDANT FORD MOTOR COMPANY'S NOTICE OF APPEARANCE OF SPENCER P. HUGRET** |
| Defendant. | |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111, UNITED STATES OF AMERICA

# NOTICE OF APPEARANCE

Now comes Attorney Spencer P. Hugret of the law firm Gordon Rees Scully Mansukhani, LLP, and hereby gives notice to this Court and to all parties that he enters his appearance as counsel for Defendant FORD MOTOR COMPANY. Please direct copies of all future pleadings, correspondence, and papers to all of undersigned counsel.


Dated:  August 26, 2022   GORDON REES SCULLY MANSUKHANI, LLP


By: _/s/ Spencer P. Hugret_
SPENCER P. HUGRET
Attorneys for Defendant
FORD MOTOR COMPANY

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111, UNITED STATES OF AMERICA

DEFENDANT FORD MOTOR COMPANY'S NOTICE OF APPEARANCE OF SPENCER P. HUGRET

1

## CERTIFICATE OF SERVICE

2

*IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION*

3

*Re: Aaron, Andy, et al. v. Ford Motor Company, 2:22-cv-04992-AB-PVC*
USDC Central District of California Case No. 2:18-ML-02814-AB

4

5

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the below-mentioned date, I served the within document:

6

7

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF APPEARANCE OF SPENCER P. HUGRET**

8

9

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

10

11

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

12

13

14

Executed on August 26, 2022 at San Francisco, California.

15

16

17

/s/ *Sara Palmos*
Sara Palmos

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical">Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111, UNITED STATES OF AMERICA</div>

1244124/61285512v.1