Eric D. Pearson, Esq.
Texas Bar No. 15690472
eric@hop-law.com
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Craig Patrick, Esq.
California Bar No. 255849
craig@patricklaw.com
**PATRICK LAW FIRM, P.C.**
6244 E. Lovers Ln.
Dallas, TX 75214
Telephone: (214) 390-3343

Kenneth A. Stern, Esq.
Michigan Bar No. P30722
ken@sternlawonline.com
**STERN LAW, PLLC**
41850 West Eleven Mile Road, Suite 121
Novi, MI 48375-1857
Telephone: (248) 347-7315

**Attorneys for Plaintiffs
ANDY AARON,** *et al.*

Spencer P. Hugret, Esq.
California Bar No. 240424
shugret@grsm.com
**GORDON REES SCULLY MANSUKAHNI, LLP**
 315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900

**Attorneys for Defendant
FORD MOTOR COMPANY**

JOINT STIPULATION OF DISMISSAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | **Case No. 2:18-ml-02814-AB-PVC**<br><br>Assigned to: Judge André Birotte, Jr. Courtroom 7B |
| THIS DOCUMENT RELATES TO:<br><br>*Andy Aaron, et al. vs. Ford Motor Company*, CDCA Case No. 2:22-cv-04992-AB-PVC | **JOINT STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that** *only* **the Plaintiffs identified herein, whose claims arise out of the Multi-Plaintiff Complaint filed by Andy Aaron,** *et al***, and Defendant Ford Motor Company** ("Defendant" and collectively "the parties") hereby stipulate and agree that the claims brought by the Plaintiffs identified herein relating to the allegedly defective Ford DPS6 transmissions in their identified vehicles that have been asserted in *Aaron, et al. vs. Ford Motor Company*, Central District of California Case No. 2:22-cv-04992-AB-PVC are hereby dismissed WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs.

Plaintiffs' Claims Dismissed With Prejudice

| Last Name | First Name | Vehicle Model Year | Vehicle Model | Vehicle Identification Number (VIN) |
|---|---|---|---|---|
| Acosta | Erlinda | 2013 | Fiesta | 3FADP4EJ0DM149281 |
| Alarco | Winston | 2012 | Focus | 1FAHP3K27CC153675 |
| Alerte | Rubens | 2012 | Focus | 1FAHP3K28CL193926 |
| Almada | Jonathan | 2016 | Focus | 1FADP3F29GL385838 |
| Amadori | Sharon | 2013 | Fiesta | 3FADP4TJ5DM149313 |
| Andres & Juana Mateo-Miguel | Carmen Pedro | 2015 | Focus | 1FADP3K29FL382233 |
| Angus & David Mattingly | Iren | 2014 | Focus | 1FADP3K24EL396538 |
| Arango | Erika | 2016 | Fiesta | 3FADP4EJ2GM104718 |
| Arnold | Jeff | 2016 | Focus | 1FADP3F2XGL326409 |
| Avirett | Brianna | 2016 | Focus | 1FADP3E27GL250018 |
| Babers Harvey | Lakena | 2011 | Fiesta | 3FADP4BJ9BM154500 |
| Badillo | Valentin | 2013 | Focus | 1FADP3F20DL217548 |
| Bailey | James | 2013 | Fiesta | 3FADP4AJ2DM161874 |
| Bailey | Lynn | 2011 | Fiesta | 3FADP4FJ7BM178918 |
| Ballard | Patsy | 2014 | Focus | 1FADP3K2XEL387567 |
| Barazarte | Pamela | 2013 | Focus | 1FADP3F28DL217362 |
| Baumann | Mark | 2013 | Fiesta | 3FADP4EJ9DM150543 |
| Beckford Malone | Lacey | 2015 | Focus | 1FADP3E24FL304695 |
| Beckman and Georgia Mcguigan | Christian | 2012 | Focus | 1FAHP3F28CL444938 |
| Berry Lopez | Marisa | 2013 | Fiesta | 3FADP4EJ3DM136508 |
| Binette | Robert | 2013 | Fiesta | 3FADP4AJ3DM122663 |
| Blackburn | John | 2013 | Focus | 1FADP3F27DL331613 |
| Boone | Marketta | 2012 | Focus | 1FAHP3F2XCL337647 |
| Borowicz Judy | Nichole | 2013 | Fiesta | 3FADP4BJ6DM152805 |
| Boussoulas | Beverly | 2012 | Focus | 1FAHP3K24CL404961 |
| Bozeman | Joe | 2014 | Focus | 1FADP3F23EL313465 |
| Bray | Betsy | 2012 | Fiesta | 3FADP4BJ4CM221750 |
| Brickle Corbitt | Casandra | 2014 | Focus | 1FADP3F26EL447905 |
| Brock | Christina | 2013 | Focus | 1FADP3F2XDL331363 |
| Brock | Diana | 2013 | Focus | 1FADP3K21DL263329 |
| Brown | Sherri | 2014 | Focus | 1FADP3F25EL410411 |
| Bunk | Michelle | 2014 | Fiesta | 3FADP4AJ7EM225991 |

| Last Name | First Name | Vehicle Model Year | Vehicle Model | Vehicle Identification Number (VIN) |
|---|---|---|---|---|
| Burger | Jaclyn | 2011 | Fiesta | 3FADP4EJ3BM106437 |
| Bushman | Adam | 2014 | Focus | 1FADP3K27EL368197 |
| Butler | Lovie | 2013 | Focus | 1FADP3F21DL342221 |
| Byrd | Siera | 2013 | Focus | 1FADP3F27DL354616 |
| Caldwell | Scott | 2014 | Focus | 1FADP3N24EL203946 |
| Campbell | Christopher | 2014 | Focus | 1FADP3N24EL258039 |
| Campbell | Chrystyna | 2016 | Focus | 1FADP3K29GL309171 |
| Campbell | Chrystyna | 2014 | Fiesta | 3FADP4BJ4EM189451 |
| Candelaria | Louis | 2015 | Focus | 1FADP3N24FL228007 |
| Carmicle | Howard | 2013 | Fiesta | 3FADP4BJ7DM206998 |
| Carscadden | Paul | 2015 | Focus | 1FADP3F29FL252916 |
| Castiglione | Robert | 2012 | Focus | 1FAHP3K25CL387121 |
| Chappell | Sean | 2014 | Focus | 1FADP3K20EL337437 |
| Clairsaint | Synthia | 2014 | Fiesta | 3FADP4FJ1EM200979 |
| Claro & Jackie Batista | Bianca | 2014 | Focus | 1FADP3F24EL458031 |
| Claro & Jackie Batista | Brandon | 2013 | Focus | 1FADP3K28DL259696 |
| Coker | Frances | 2012 | Focus | 1FAHP3F20CL121371 |
| Coleman aka Twylia Coleman | Thy'Lia | 2013 | Fiesta | 3FADP4TJ4DM203555 |
| Collier | Debra | 2012 | Focus | 1FAHP3K28CL328791 |
| Cook | Richard | 2015 | Focus | 1FADP3J28FL273537 |
| Cooper | Amanda | 2018 | Focus | 1FADP3F21JL214895 |

The parties hereby stipulate and agree that the claims brought by all other Plaintiffs, not listed herein, remain and that this Joint Stipulation does not in any way impact or affect the claims of those remaining Plaintiffs.

-4-

JOINT STIPULATION OF DISMISSAL

DATED: January 23, 2026.

Respectfully submitted,

HEYGOOD, ORR & PEARSON

By: /s/ *Eric Pearson*
ERIC D. PEARSON
Texas Bar No. 15690472
eric@hop-law.com
CHARLES MILLER
ESQ./SBN: 276523
charles@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002


Craig Patrick, Esq.
California Bar No. 255849
craig@patricklaw.com
PATRICK LAW FIRM, P.C.
6244 E. Lovers Ln.
Dallas, TX 75214
Telephone: (214) 390-3343

Kenneth A. Stern, Esq.
Michigan Bar No. P30722
ken@sternlawonline.com
STERN LAW, PLLC
41850 West Eleven Mile Road, Suite 121
Novi, MI 48375-1857
Telephone: (248) 347-7315

**Attorneys for Plaintiffs Andy Aaron, *et al.***

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Spencer P. Hugret
SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

**Attorneys for Defendant Ford Motor Company**

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Eric D. Pearson, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss the individual Plaintiffs' claims referenced herein with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

*/s/ Eric Pearson*

-6-

JOINT STIPULATION OF DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2026, I filed the foregoing from the Service List and a copy has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U. S. District Court for the Central District of California, by using the CM/ECF system.

*/s/ Eric Pearson*